946

No. 1122, Misc. WHITE *v.* CALIFORNIA. Dist. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 1132, Misc. BRAGG *v.* SINCLAIR REFINING Co. Sup. Ct. Ill. Certiorari denied. Petitioner *pro se.* *Newell S. Boardman* for respondent.

No. 1136, Misc. BOONE ET AL. *v.* PRITCHETT, COMMISSIONER, ET AL. Sup. Ct. N. C. Certiorari denied. *Conrad O. Pearson* and *William G. Pearson II* for petitioners.

No. 1138, Misc. DUKES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 1142, Misc. ZAVALA *v.* OLIVER, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 1146, Misc. HAYS *v.* CALIFORNIA ADULT AUTHORITY. Sup. Ct. Cal. Certiorari denied.

No. 1154, Misc. RINGO *v.* WINGO, WARDEN. Ct. App. Ky. Certiorari denied.

No. 1157, Misc. BOLIN *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 1159, Misc. STEWART *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied. *Harold B. Anderson* for petitioner. *Joe Purcell,* Attorney General of Arkansas, and *Jack L. Lessenberry* for respondent.